**U.S. Probation and Pretrial Services**
# MEMORANDUM

**DATE:** July 7, 2016

**TO:** The Honorable Roger W. Titus

**FROM:** Adelle Awkward
U.S. Probation Officer

**RE:** ANDERSON, Reginald R.
Docket No.: RWT 99-260

**SUBJECT:** Request for International Travel

On July 19, 2000, the defendant appeared before the Honorable Alexander Williams Jr., U.S. District Judge for the District of Maryland, for sentencing on two counts of Possession with the Intent to Distribute Cocaine in violation of Title 21, U.S.C. Section 841; and Possession of a Firearm After Conviction of a Felony in violation of Title 18, U.S.C. Section 922(g). The defendant was sentenced to serve a total term of 210 months incarceration in the Bureau of Prisons, to be followed by 5 years supervised release with the following special condition: The defendant shall participate in drug and alcohol treatment, to include random urinalysis as directed by the United States Probation Officer.

The defendant was further ordered to pay a special assessment in the amount of $300. The special assessment was paid in full on July 21, 2000.

On October 31, 2014, Mr. Anderson was released from the custody of the Bureau of Prisons and his term of supervised release commenced in the Eastern District of Virginia.

On December 3, 2014, Mr. Anderson completed a substance abuse assessment at the Rappahannock Area Community Services Board, and treatment was not recommended. Mr. Anderson is subject to random drug testing in the probation office, all drug test have been negative to date. The last drug test was on February 23, 2016.

On May 18, 2016, Mr. Anderson requested permission to partake in a 4-day cruise to Freeport, Bahamas. The defendant and his paramour would depart from Orlando, Florida, on July 17, 2016, and return on July 21, 2016. The cost of the cruise is $429.00 per person.

Re: International Travel Request
for Reginald Anderson
Docket No.: RWT-99-260
Page: 2
July 6, 2016

Mr. Anderson has maintained stable employment and residence with his sister and brother-in-law. A review of his criminal record on July 6, 2016, did not reveal any new arrests or convictions.

Based on Mr. Anderson's compliance, this officer is respectfully requesting the court approve the trip to Freeport, Bahamas from July 17, 2016 to July 21, 2016.

| Respectfully Submitted By: | Reviewed and Approved By: |
|---|---|
| *Adelle Awkward* | *Marius Davis* |
| Adelle Awkward, U.S. Probation Officer | Marius W. Davis, Supervisory U.S. Probation Officer |
| July 7, 2016 | July 7, 2016 |
| Date | Date |

COURT ACTION

[X] Agree with USPO action
[ ] Schedule a hearing
[ ] Disagree, Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Disagree, Submit a Request for Warrant or Summons
[ ] Disagree, Other

_____
Roger W. Titus, U.S. District Judge

7/7/16
Date